In the Matter of THE STANDARD GAS LIGHT COMPANY OF THE CITY OF NEW YORK, Appellant, against FRANK J. TAYLOR, as Comptroller of the City of New York, et al., Respondents.

(Argued October 15, 1936; decided November 17, 1936.)

*Joseph M. Proskauer, Robert E. Coulson, Thomas H. Beardsley, Forbes D. Shaw* and *J. Alvin Van Bergh* for appellant.

*Paul Windels, Corporation Counsel* (*Oscar S. Cox, Sol Charles Levine* and *Meyer Bernstein* of counsel), for respondents.

Order affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.